UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———————————

TINA LOUISE MEADE,

        Plaintiff,

                                    Honorable Phillip J. Green

v.

                                    Case No. 1:18-cv-63

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

———————————

## JUDGMENT AWARDING ATTORNEY'S FEES
## UNDER THE EQUAL ACCESS TO JUSTICE ACT

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby enters judgment in plaintiff's favor against defendant in the amount of $4,252.50 as full and final adjudication of EAJA fees and expenses in this action.

Dated: February 7, 2019                    /s/ Phillip J. Green
                                                     PHILLIP J. GREEN
                                                     United States Magistrate Judge